IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Linden Reed,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Stellar Recovery, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.:  3:11-cv-00882-WDS-PMF<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

　　　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 20, 2011

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF, Linden Reed

　　　　　　　　　　　　　　　　　　　　　　　By:   /s/ Sergei Lemberg_____
　　　　　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　CT Bar #425027
　　　　　　　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg