IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDEN REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO. 11-cv-882-WDS |
| | ) |
| STELLAR RECOVERY, INC., and | ) |
| DOES 1-10, inclusive, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 21, 2011 (doc. 5) and the Notice of Settlement (doc. 4), this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

         NANCY J. ROSENSTENGEL
         CLERK OF COURT


         BY:  /s/ *Cheryl A. Ritter*
           Deputy Clerk

Dated:   4 January 2012


APPROVED: WILLIAM D. STIEHL
      U. S. DISTRICT JUDGE