UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Linden Reed, | : |
| | : |
| | : Civil Action No.: 3:11-cv-00882-WDS-PMF |
| Plaintiff, | : |
| v. | : |
| | : |
| Stellar Recovery, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Linden Reed ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 6, 2012

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
CT Bar #425027
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg

                                                Sergei Lemberg